UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMIL OSAI OGIAMIEN,

                Petitioner,

v.

MICHAEL CHERTOFF,

                Respondent.

No. C05-914MJP

ORDER GRANTING PETITIONER'S MOTION WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS

      This matter comes before the Court on Petitioner's Motion to Withdraw his Petition for Writ of Habeas Corpus. The motion is unopposed by the Government and the Court can find no reason not to grant Petitioner's request. Petitioner's motion is hereby GRANTED. The Clerk of the Court shall direct a copy of this order be sent to all counsel of record.

      Dated: August 8TH , 2005.

Marsha J. Pechman
United States District Judge

ORDER - 1